UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMIT GARG, | CASE NO. 2:24-cv-1521-JNW-GJL |
| Plaintiff, | ORDER |
| v. | |
| A. COOPER, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge. Dkt. No. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1) The R&R, Dkt. No. 11, is ADOPTED.

(2) Plaintiff Sumit Garg's motion for injunctive relief, Dkt. No. 10, is DENIED without prejudice. With respect to Garg's request for an extension of time to file a completed Application for Leave to Proceed *in forma pauperis* ("IFP"), Dkt. No. 10, the Court GRANTS the request and

**ORDER** - 1

affords Garg until April 15, 2025, to file his IFP application. No further extensions of time will be granted by the Court.

(3) The Clerk is directed to send copies of this Order to Garg and the Honorable Grady J. Leupold.

Dated this 31st day of March, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2