UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMIT GARG,<br><br>              Plaintiff,<br><br>  v.<br><br>A. COOPER, *et al.*,<br><br>              Defendants. | NO. 2:24-cv-1521-JNW-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge. Dkt. No. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is DISMISSED without prejudice for Plaintiff's failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 30th day of July, 2025.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1